# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>Bryan Lizardo Velasquez,<br><br>Defendant. | CASE NO.:  22CR1639-JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE MOTION HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing and Trial Setting currently scheduled for September 23, 2022, at 1:30 p.m., be continued to October 28, 2022 at 1:30 PM. For the reasons stated in the joint motion, time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

IT IS SO ORDERED.

Dated:  September 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge